LANZINGER, J., dissenting.

{¶ 3} For the reasons set forth in my dissenting opinion in *Schirmer v. Mt. Auburn Obstetrics & Gynecologic Assoc., Inc.*, 108 Ohio St.3d 494, 2006-Ohio-942, 844 N.E.2d 1160, I respectfully dissent.

LUNDBERG STRATTON, J., concurs in the foregoing opinion.

———

Garson & Associates Co., L.P.A., Christian R. Patno, and James A. DeRoche, for appellee.

Reminger & Reminger Co., L.P.A., William A. Meadows, Brian D. Sullivan, and Jennifer Rinkes, for appellant Vikram Dogra, M.D.

Davis & Young, Jan L. Roller, and Richard M. Garner, for appellants University Hospitals, Cleveland Women's Health Center, Debra Hanson, C.N.M., Sharon Kerwin, C.N.M., and Ann Raffis, C.N.P.

THE STATE OF OHIO, APPELLANT, *v.* MASSEY, APPELLEE.

[Cite as *State v. Massey,* 108 Ohio St.3d 530, 2006-Ohio-1708.]

(Nos. 2004–1274 and 2004–1689—Submitted March 15, 2006—Decided April 19, 2006.)

———

{¶ 1} The certified question is answered in the affirmative, the judgment of the court of appeals is reversed on the authority of *State v. Threatt,* 108 Ohio St.3d 277, 2006-Ohio-905, 843 N.E.2d 164, and the judgments of the trial court denying appellee's motions to waive court costs and to vacate the order of garnishment are reinstated.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his separate opinion in *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

---

John D. Ferrero, Stark County Prosecuting Attorney, and Kathleen O. Tatarsky and Amy S. Andrews, Assistant Prosecuting Attorneys, for appellant.

J. Dean Carro, for appellee.

THE STATE OF OHIO, APPELLANT, *v.* OWENS, APPELLEE.

[Cite as *State v. Owens,* 108 Ohio St.3d 531, 2006-Ohio-1709.]

(Nos. 2004–1275 and 2004–1697—Submitted March 15, 2006—Decided April 19, 2006.)

---

{¶ 1} The certified question is answered in the affirmative, the judgment of the court of appeals is reversed on the authority of *State v. Threatt,* 108 Ohio St.3d 277, 2006-Ohio-905, 843 N.E.2d 164, and the judgments of the trial court denying appellee's motions to waive court costs and to vacate the order of garnishment are reinstated.

MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his separate opinion in *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

---

John D. Ferrero, Stark County Prosecuting Attorney, and Kathleen O. Tatarsky and Amy S. Andrews, Assistant Prosecuting Attorneys, for appellant.

J. Dean Carro, for appellee.